IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MONICA MINOR MOORE,** ) | Civil Action No. 7:12-cv-00571 |
|     **Plaintiff,** ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:    Norman K. Moon |
| **SCHILLING ET AL,** ) | United States District Judge |
|     **Defendant(s).** ) | |

    Monica Minor Moore, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, on 11/21/2012 .  By Orders entered and mailed to plaintiff on 11/30/2012 (DE[7]), 12/18/2012 (DE[12]) and 1/10/2013 (an additional copy of DE[12] was resent to plaintiff on this date), the court directed plaintiff to submit within 10 days from the date of the Orders,   trust account information signed by a prison official. Pursuant to the requirements of 28 U.S.C.§1915 (a)(2), to determine the schedule of payment of the filing fee, plaintiff shall submit a statement of assets, inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison office of each prison at which plaintiff is or was confined during that six-month period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because she did not return a trust account information signed by a prison official from each prison at which she was confined during that six-month period. Accordingly, the court dismisses the action without prejudice and strikes the case from

the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___13th___ day of February, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE