# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **Monica Minor Moore,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00159 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| **SCHILLING, ET AL,** | ) | By:   Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __13th__ day of February, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE